IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **JANET GONZALEZ, et al.** | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| -v- | ) Civil ActionNo. 8:10-cv-02188-AW |
| | ) |
| **BELINDA CARON and** | ) |
| **JAMES CARON,** | ) |
| | ) |
| **Defendants** | ) |

## ANSWER OF JAMES CARON TO AMENDED COMPLAINT

COMES NOW, defendant James Caron, by and through his attorney, Dennis M. Ettlin, and answering the allegations in the Amended Complaint, says:

1.1    This defendant, James Caron, admits that the plaintiffs are four women who did general housecleaning at the home of the defendants in Maryland. The remaining allegations in paragraph 1.1 are denied.

1.2    The allegations in paragraph 1.2 are denied.

1.3    The defendant admits that plaintiff Lisa Wilkinson worked in the Carons' home during 2008. The remaining allegations in paragraph 1.3 are denied.

1.4    The defendant admits plaintiff Paula Diaz worked occasionally at the defendants home during 2008 and 2009. The remaining allegations in paragraph 1.4 are denied.

1.5    The defendant admits that plaintiff Maura Cerrano worked at the Caron's home during 2009. The remaining allegations in paragraph 1.5 are denied.

1.6    Paragraph 1.6 contains jurisdictional allegations and are neither admitted nor denied.

2.1    The allegations in paragraph 2.1 relate to jurisdiction and are neither admitted nor denied.

2.2     The allegations and 2.2 contained jurisdictional allegations and are neither admitted nor denied.

2 .3    The allegations in paragraph 2.3 concerning venue requirements are neither admitted nor denied.

2 .4    The allegations in paragraph 2.4 contained jurisdictional allegations and are neither admitted nor denied.

2.5     The allegations in paragraph 2.5 pertaining to the powers of this court and are neither admitted nor denied..

3.1     This defendant lacks sufficient information concerning the present residence of the plaintiff Janet Gonzalez to determine the veracity of the allegations in paragraph 3.1. The allegations are therefore denied.

3.2     This defendant admits that Ms. Gonzales is a native Spanish speaker. The defendant also admits that Ms. Gonzales understands simple English. The remaining allegations in paragraph 3.2 are denied.

3.3     The defendant lacks sufficient information concerning the present residence of plaintiff Lisa Wilkinson. The allegations are therefore denied.

3.4     This defendant lacks sufficient information concerning the present residence of Paula Diaz and the allegations are therefore denied.

3.5     The defendant admits that Ms. Diaz is a native Spanish speaker and that she understands and speaks simple English. The remaining allegations in this paragraph are denied.

3.6     This defendant lacks sufficient information concerning the residency of Maura Cerrano and therefore the allegations in paragraph 3.6 are denied.

3.7     The defendant admits that Ms. Cerrano is a native Spanish speaker. The remaining allegations in this paragraph of the complaint are denied.

3.8     The allegations in paragraph 3.8 are admitted.

3.9     The allegations in paragraph 3.9 are admitted.

3.10    The allegations and 3.10 are admitted.

3.11     The allegations in paragraph 3.11 concern matters of law in the interpretation of a statute. This defendant neither admits nor denies the allegations in this paragraph of the complaint.

3.12     The allegations in paragraph 3.1 to refer to matters of law. The allegations in paragraph 3.12 to are neither admitted nor denied by this defendant.

3.13     The allegations in paragraph 3.13 pertain to matters of law and the interpretation of the statute. This defendant neither admits nor denies the allegations set forth in paragraph 3.13.

4.1      The allegations in paragraph 4.1 are admitted.

4.2      The allegations in paragraph 4.3 are admitted

4.4      The allegations in paragraph 4.4 are admitted.

4.5      The allegations in paragraph 4.5 are admitted.

4.6      The allegations in paragraph 4.6 are admitted.

4.7      The allegations in paragraph 4.7 are admitted.

4.8      The allegations in paragraph 4.8 are admitted.

4.9      The allegations in paragraph 4.9 are admitted.

4.10    The allegations in paragraph 4.10 are admitted.

4.11    The allegations in paragraph 4.11 are admitted.

4.12    The allegations in paragraph 4.12 are admitted.

4.13    The allegations in paragraph 4.13 are admitted.

4.14    The allegations and paragraph 4.14 are admitted.

4.15    The allegations and 4.15 are admitted.

4.16    The allegation in paragraph 4.16 require a conclusion of law. This defendant neither admits nor denies the allegations in paragraph 4.16.

4.17   The allegations in paragraph 4.17 concern the of the state of mind of a person other than this defendant. The allegations in paragraph 4.17 are therefore denied.

4.18   The allegations in paragraph 4.18 concern the state of mind of a person other than this defendant. The allegations in paragraph 4.18, therefore are denied.

4.19   The allegations and 4.19 are denied.

4.20   The allegations and 4.20 are denied.

4.21   The allegations and 4.21 are granted.

4.22   The allegations and 4.22 or admitted.

4.23   The allegations in paragraph 4.23 are admitted.

4.24   The allegations in paragraph 4.24 are denied.

4.25   The allegations in paragraph 4.25 are denied.

4.26   Defendant admits that Ms. Gonzales's work consisted of general housecleaning. The remaining allegations in paragraph 4.26 are denied.

4.27   The allegations in paragraph 4.27 are denied.

4.28   The allegations and 4.28 are denied.

4.29   The allegations in paragraph 4.29 pertain to the state of mind of a person other than this defendant. The allegations in this paragraph therefore are denied.

4.30   The defendant admits that Ms. Caron and her family were away from their home during the weekend that plaintiff Ms. Gonzales was staying in the Caron's home. The remaining allegations in paragraph 4.30 are denied.

4.31   The allegations in paragraph 4.31 are admitted.

4.32   The allegations in paragraph 4.32 are denied.

4.34   This defendant lacks sufficient information to determine the truth of the allegations in paragraph 4.34. The allegations therefore are denied.

4.35   The defendant lacks sufficient information to determine the veracity of the allegations in paragraph 4.35. The allegations in this paragraph therefore are denied.

4.36   The allegations in paragraph 4.36 are denied.

4.37   The allegations in paragraph 4.37 are denied.

4.38   The allegations in paragraph 4.38 are denied.

4.39   The allegations in paragraph 4.39 pertain in part to the state of mind of a person other than this defendant. The allegations therefore are denied.

4.40   The allegations in paragraph 4.40 are denied.

4.41   The allegations in paragraph 4.41 pertain to state of mind of the person other than this defendant. Those allegations are denied. To the extent that other allegations in this paragraph do not pertain to the state of mind of another person, those allegations are denied.

4.42   The allegations in paragraph 4.42 are denied.

4.43   The allegations in paragraph 4.43 are denied.

4.44   The allegations in paragraph 4.44 are denied.

4.45   The allegations in paragraph 4.45 are denied.

4.46   The allegations in paragraph 4.46 are denied.

4.47   The allegations in paragraph 4.47 pertain to the state of mind of a person other than this defendant. Those allegations are therefore denied. To the extent that any allegations in this paragraph do not pertain to state of mind of another person, the allegations are denied.

4.48   The allegations in paragraph 4.48 are denied.

4.49   The allegations in paragraph 4.49 are denied.

4.50   The allegations in paragraph 4.50 are denied.

4.51   The allegations in paragraph 4.51 are denied.

4.52     The allegations in paragraph 4.52 are denied.

4.53     The allegations in paragraph 4.53 are denied.

4.54     The allegations in paragraph 4.54 are denied.

4.55     The allegations in paragraph 4.55 are denied.

4.56     The delegations in paragraph 4.56 are denied.

4.57     This defendant lacks sufficient information to determine the veracity of the allegations contained in paragraph 4.57. The allegations are denied.

4.58     This defendant admits the Ms. Wilkinson placed an advertisement on Craigslist.

4.59     The allegations in paragraph 4.59 are admitted.

4.60     The allegations in paragraph 4.6 and admitted.

4.61 The allegations in this paragraph 4.61 are denied.

4.62     The allegations in paragraph 4.62 are denied.

4.63     The allegations in paragraph 4.63 are denied.

4.64     The defendant admits that Ms. Wilkinson accepted a job offer from the defendants. The remaining allegation is denied.

4.65     The defendant admits that Ms. Wilkinson accepted employment at the Caron's home.  The remaining allegations in this paragraph are denied.

4.66     The allegations in paragraph 4.66 call for a legal conclusion this defendant is not competent to answer.

4.67     This defendant lacks sufficient information to determine the veracity of the allegations in paragraph 4.67. The allegations therefore are denied.

4.68     This defendant lacks sufficient information to determine the veracity of the allegations in paragraph 4.68. The allegations therefore are denied.

4.69     The allegations in paragraph 4.69 are denied.

4.70    The allegations in paragraph 4.70 are admitted.

4.71    The allegations in paragraph 4.71 are denied.

4.72    The allegations in paragraph 4.72 are denied.

4.73    The allegations in paragraph 4.73 are denied.

4.74    The allegations in paragraph 4.74 are admitted.

4.75    This defendant admits that Belinda Caron did not provide transportation for Ms. Wilkinson on the first Sunday after April 27, 2008.

4.76    The allegations in paragraph 4.76 are denied.

4.77    The allegations in paragraph 4.77 are denied.

4.78    The defendant admits that Ms. Wilkinson provided housekeeping work at the Caron's home.

4.79    The allegations in paragraph 4.79 are or admitted.

4.80    The allegations in paragraph 4.80 are denied.

4.81    The allegations in paragraph 4.81 are denied.

4.82    The allegations in paragraph 4.82 are admitted.

4.83    In response to the allegations in paragraph 4.83, the defendant admits that the Carons provided transportation for Ms. Wilkinson at her request.

4.84    The defendants admit that they paid compensation to Ms. Wilkinson. The remaining allegations in paragraph 4.4 are denied.

4.85    The allegations in paragraph 4.85 are denied.

4.86    The allegations in paragraph 4.86 are denied.

4.87 The allegations in paragraph 4.87are denied.

4.88    The allegations in paragraph 4.88 are denied.

4.89    This defendant lacks sufficient information to determine the veracity of the allegations in paragraph 4.89. The allegations therefore are denied.

4.90    The allegations in paragraph 4.90 are denied.

4.91    The allegations in paragraph 4.91 are denied.

4.92    This defendant lacks sufficient information to determine the veracity of the allegations contained in paragraph 4.92. The allegations therefore are denied.

4.93    The allegations in paragraph 4.93 are denied.

4.94    The allegations in paragraph 4.94 are denied.

4.95    The allegations in paragraph 4.95 are denied.

4.96    The allegations in paragraph 4.96 are denied.

4.97    The allegations in paragraph 4.97 are admitted.

4.98    The allegations in paragraph 4.98 are admitted.

4.99    The defendant admits that sometime after October 27, 2008, Paula Diaz spoke with defendant Belinda Caron.

4.100   The allegations in paragraph 4.100 are denied.

4.101   The allegations in paragraph 4.101 are denied.

4.102   The allegations in paragraph 4.102 call for a conclusion of law. The allegation therefore is denied.

4.103   The allegations and 4.103 pertain to the state of mind of a person other than this defendant. The allegations therefore are denied.

4.104   The allegations in paragraph 4.104 are admitted.

4.105   The defendant admits that Ms. Diaz worked at the Caron home doing general housecleaning. The remaining allegations are denied.

4.106   The allegations in paragraph 4.106 are denied.

4.107  The allegations in paragraph 4.107 are denied.

4.108  The allegations in paragraph 4.108 are denied.

4.109  The allegations in paragraph 4.109 is denied.

4.110  The allegations in paragraph 4.110 are denied.

4.111  The allegations in paragraph 4.11 are denied.

4.112  The allegations in paragraph 4.112 are denied.

4.113  The allegations in paragraph 4.113 are denied.

4.114  The allegations in paragraph 4.114 are denied.

4.115  The allegations in paragraph 4.115 are denied.

4.116  The allegations in paragraph 4.116 are denied.

4.117  The allegations in paragraph 4.117 are denied.

4.118  The allegations in paragraph  4.118 pertain to the mental state and activities of a person other than this defendant. The allegations in paragraph 4.118 therefore are denied.

4.119  This defendant lacks sufficient information to determine the veracity of the allegations in paragraph 4.119. The allegations therefore are denied.

4.120  The defendant admits that Ms. Cerrano met with one of the Caron family on or about May 14, 2009. The remaining allegations are denied.

4.121  The allegations in paragraph 4.121 are admitted.

4.122  The allegations in paragraph 4.122 are denied.

4.123  This defendant admits that Belinda Caron discussed general housecleaning work with Ms. Cerrano. The remaining allegations in paragraph 4.123 are denied.

4.124  The allegations in paragraph 4.124 are denied.

4.125  The allegations in paragraph 4.125 requires a conclusion of law. The allegations in this paragraph are denied.

4.126  The allegations in paragraph 4.126 pertain to the state of mind of a person other than this defendant. The allegations in this paragraph are therefore denied.

4.127  The allegations in paragraph 4.127 pertain to the state of mind of a person other than this defendant. The allegations in this paragraph are denied.

4.128  The allegations in paragraph 4.128 are denied.

4.129  The allegations in paragraph 4.129 are denied.

4.130  The allegations in paragraph 4.130 are denied.

4.131  The allegations in paragraph 4.131 are admitted.

4.132  The allegations in paragraph 4.132 are denied.

4.133  The allegations and 4.133 are denied.

4.134  The allegations and 4.134 are denied.

4.135  The allegations in paragraph 1.135 are denied.

4.136  The allegations in paragraph 4.136 are denied.

4.137  The allegations in paragraph 4.137 are denied.

4.138  The allegations in paragraph 4.138 are denied.

4.139  The allegations in paragraph 4.139 are denied.

4.140  The allegations in paragraph 4.140 are denied.

4.141  The allegations in paragraph 4.141 are denied.

4.142  The allegations in paragraph 4.142 are denied.

4.143  The allegations in paragraph 143 are denied.

4.144  The allegations in paragraph 4.144 are denied.

4.145  The allegations in paragraph 4.145 are denied.

4.146  The allegations in paragraph 1.46 are denied.

4.147  The allegations in paragraph 4.147 are denied.

4.148  The allegations in paragraph 4.148 are denied.

4.149  This defendant admits under paragraph 4.149 that the plaintiffs periodically worked at the Caron home doing general housecleaning. The remaining allegations are denied.

4.150  The allegations in paragraph 4.150, to the extent they do not require the interpretation of a contract, are denied.

4.151  To the extent that the allegations call for the interpretation of the statute, the allegations are denied.

4.152  The allegations in paragraph 4.152 are denied.

4.153  The allegations in paragraph 4.153 are denied.

4.154  The allegations and 4.154 are denied.

4.155  The allegations in paragraph 4.155 are denied

4.156  The allegations in paragraph 4.156 are denied.

4.157  The litigations in paragraph 4.157 are denied.

4.158  The allegations in paragraph 4.158 are denied.

4.159  The allegations in paragraph  4.159 are denied.

4.160  In response to the allegations in paragraph 4.160, the defendant states that the plaintiff did not work in excess of 40 hours per week.

5.1     The allegations in paragraph 5.1 do not require an answer.

5.2     The allegations in paragraph 5.2 are denied.

5.3     The allegations in paragraph 5.3 are denied.

5.4     The allegations in paragraph 5.4 are denied.

5.5     The allegations in paragraph 5.5 require no answer.

5.6     The allegations in paragraph 5.6 are denied.

5.7     The allegations in paragraph 5.7 are denied.

5.8     The allegations in paragraph 5.8 are denied.

5.9     The allegations in paragraph 5.9 require no answer.

5.10    The allegations in paragraph 5.10 are denied.

5.11    The allegations in paragraph 5.11 are denied.

5.12    The allegations in paragraph 5.12 are denied.

5.13    The allegations in paragraph 5.13 require no answer.

5.14    The allegations in paragraph 5.14 are denied.

5.15    The allegations in paragraph 5.15 are denied.

5.16    The allegations in paragraph 5.16 are denied.

5.17    The allegations in paragraph 5.17 are denied

5.18    The allegations in paragraph 5.18 require no answer.

5.19    The allegations in paragraph 5.19 are denied.

5.20    The allegations in paragraph 5.20 pertain to questions of law. The defendant denies the allegations in this complaint.

5.21    The allegations in paragraph 5.21 are denied.

5.22   The allegations in paragraph 5.22 are denied.

5.23   The allegations in paragraph 5.23 are denied.

5.24   The allegations in  paragraph 5.24 are denied.

5.25   The allegations in paragraph 5.25 are denied.

5.26   The allegations in paragraph 5.6 require no answer.

5.27   The allegations in paragraph 5.27 recite statutory language and  require no answer.

5.28   The allegations in paragraph 5.28 are denied.

5.29   The allegations in paragraph 5.29 are denied.

5.30   The allegations in paragraph 5.30 are denied.

5.31   The allegations in paragraph 5.31 are denied.

5.32   The allegations in paragraph 5.32 require no answer.

5.33   The allegations in paragraph 5.33 are denied.

5.34   The allegations in paragraph 5.3 4 are denied.

5.35   The allegations in paragraph 5.35 are denied.

5.36   The allegations in paragraph 5.36 are denied.

5.37   The allegations in paragraph 5.37 are denied.

5.38   The allegations in paragraph 5.38 require no answer.

5.39   The allegations in paragraph 5.39 are denied.

5.40   The allegations in paragraph 5.40 are denied.

5.41   The allegations in paragraph  5.41 are denied.

5.42   The allegations in paragraph 5.42 are denied.

5.43   The allegations in paragraph 5.43 require no answer.

5.44   The allegations in paragraph 5.44 are denied.

5.45   The allegations in paragraph 5.45 are denied.

5.46   The allegations in paragraph 5.46 are denied.

5.47   The allegations in paragraph 5.47 are denied.

5.48   The allegations in paragraph 5.48 are denied.

5.49   The allegations in paragraph 5.49 are denied.

5.50   The allegations in paragraph 5.50 require no answer.

5.51   The allegations in paragraph 5.51 are denied.

5.52   The allegations in paragraph 5.52 are denied.

5.53   The allegations in paragraph 5.53 are denied.

WHEREFORE, this defendant having fully answered respectfully prays that this court dismiss the plaintiffs' complaint in its entirety with an award of reasonable attorneys fees to the defendant.

I hereby verify and affirm that the foregoing Answer to Amended Complaint is true to the best of my knowledge, information and belief.

S/---------------------------------------------------------
JAMES CARON

BROWN AND STURM

        BY S/_____
        Dennis M. Ettin
        260 E. Jefferson Street
        Rockville, MD 20850
        301/762-2555
        Attorneys for defendants

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Answer to Amended Complaint was mailed, postage prepaid, this 13th day of October, 2010 to Nathaniel Norton, Esq., 500 e. Lexington St., Baltimore, MD 21202; Heather L. Gomes, Esq., 6811 Kenilworth Ave. Suite 500, Riverdale, MD 20737 and to Sebastian Amar, Esq., 734 University Blvd. E., Silver Spring, MD 20903.

        S/_____
        Dennis M. Ettlin